Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 1 of 14  PAGEID #: 1308

NABI vs. Roxane Labs				9-6-06					Decision

```
                                                                Page 1
 1              IN THE U.S. DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF OHIO
 3
 4    NABI BIOPHARMACEUTICALS      )
                                   )
 5         Plaintiff,              )
                                   )
 6         vs.                     )   Case No.
                                   )   2:05-cv-00889
 7    ROXANE LABORATORIES,         )
      INC.                         )
 8                                 )
           Defendant.              )
 9
10
11
12
13
14
15
16              EXCERPT OF PROCEEDINGS
17    Before the Honorable Terence P. Kemp, taken before
18    Julia Lamb, RPR, a Notary Public in and for the
19    State of Ohio, at the Federal Courthouse, 85
20    Marconi Boulevard, Columbus, Ohio, on September 6,
21    2006, at 10:02 a.m.
22
23                     -=0=-
24
```

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 2 of 14  PAGEID #: 1309

NABI vs. Roxane Labs                           9-6-06                                    Decision

Page 2

```
 1     APPEARANCES:
 2          Mr. Steven A. Maddox
            and Ms. Heidi Rosenberg Strain
 3          Foley & Lardner LLP
            Washington Harbour
 4          3000 K Street, N.W., Suite 500
            Washington, D. C.  20007-5143
 5          (202) 672-5465
 6              and
 7          Mr. James D. Curphey
            Porter, Wright, Morris & Arthur
 8          41 South High Street
            Columbus, Ohio  43215-6194
 9
                on behalf of the Plaintiff.
10
11          Mr. Kenneth G. Schuler and
            Ms. Amanda J. Hollis
12          Latham & Watkins LLP
            Sears Tower, Suite 5800
13          233 South Wacker Drive
            Chicago, Illinois  60606-6401
14          (312) 876-7700
15              and
16           Mr. Douglas Matthews
             Vorys, Sater, Seymour & Pease
17           52 East Gay Street
             Columbus, Ohio  43215
18           (614) 464-5606
19              on behalf of the Defendant.
20
21
22                  -=0=-
23
24
```

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 3 of 14  PAGEID #: 1310

NABI vs. Roxane Labs     9-6-06     Decision

Page 3

```
 1                       -=0=-
 2                      EXCERPT
 3                       -=0=-
 4          THE COURT:  All right.  I was going
 5   to start out with saying first things first.
 6   I'm not sure which is first so I'll just go
 7   in random order.
 8          With respect to the competing
 9   motions to compel and the contention
10   interrogatories, the Court rules as follows.
11   And as, I guess, a precursor to that ruling,
12   I will note there appears to be no dispute
13   about the fact at least with respect to the
14   two of the three contention interrogatories
15   propounded by Roxanne that the issue is not
16   whether there is a certain quantum of
17   discovery that needs to be completed before
18   those can be answered, but simply when Nabi
19   and its experts can accomplish the work,
20   particularly in terms of stating their claim
21   construction and describing why it is that
22   their current product is covered by one or
23   more of the patents involved in this case.
24          So I do think that that can move
```

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 4 of 14  PAGEID #: 1311

NABI vs. Roxane Labs                           9-6-06                              Decision

Page 4

  1   along pretty much independently of the
  2   discovery period.
  3          Taking everything into account in
  4   terms of what was said here this morning, I
  5   understand Roxane's argument that there may
  6   be some prejudice to its ability to try to
  7   get the case moving forward if there is a
  8   substantial delay beyond the delay that's
  9   already occurred in getting these answered.
 10          I'm not sure I'm terribly persuaded
 11   that six or eight weeks makes a significant
 12   difference in terms of advancing the case on
 13   its merits.
 14          So I looked at a calendar just to
 15   try to pick out some dates that I think are
 16   feasible, and we're going to go with
 17   November 10th for the date that those two
 18   contention interrogatories shall be
 19   answered.
 20          We didn't talk nearly as much about
 21   Roxane's answers to Nabi's contention
 22   interrogatories, but I see no reason why
 23   that can't be done on the same date so that
 24   will be the date for answers.

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 5 of 14 PAGEID #: 1312

NABI vs. Roxane Labs     9-6-06     Decision

Page 5

1     Obviously, as counsel pointed out
2     this morning, if it turns out that after
3     either more discovery or investigation takes
4     place something about those answers appears
5     to be incomplete, there would be need to be
6     some supplementation, but I'm not going to
7     set a specific date for that to occur.
8     I do think that that has an impact
9     on expert disclosures.  Particularly I am
10     persuaded that Roxane ought to be entitled
11     to see the claims construction at least in
12     that iteration of it in advance of
13     disclosing its experts on issues of either
14     validity or infringement.
15     So I'm going to move that date back,
16     the expert disclosure date back, to
17     December 18th and then responsive reports to
18     January 29th taking into account the holiday
19     period.
20     And my hope is that with those dates
21     adjusted in that fashion that that's not
22     going to necessitate any movement of the
23     date of the Markman hearing which I think is
24     April 17th of next year.  So that will be

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 6 of 14  PAGEID #: 1313

NABI vs. Roxane Labs　　　　　　　　　　9-6-06　　　　　　　　　　Decision

Page 6

```
 1    the schedule for that.
 2              With respect to the request for
 3    inspection, if the first question that has
 4    to be answered is there an entitlement to
 5    some kind of an inspection under Rule 34, my
 6    answer to that is, yes, there is.
 7              I believe that there is sufficient
 8    relevance certainly in this case, I guess I
 9    wouldn't go so far as to saying in every
10    case like this, for an inspection at least
11    of what has occurred to date as far as the
12    manufacturing process is concerned.
13              But certainly one of the things that
14    Mr. Maddox says that struck a chord with me
15    and that is that no matter how precise his
16    expert would try to be in terms of trying to
17    replicate this process with another piece of
18    machinery, certainly the first question on
19    cross-examination is going to be how closely
20    does that resemble the process that we
21    actually followed when we produced the
22    registration batch.  And if the answer is
23    I'm just guessing, that's not a good
24    situation for the Plaintiff to be in.  And I
```

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 7 of 14  PAGEID #: 1314

NABI vs. Roxane Labs 9-6-06 Decision

Page 7

1  think that does make it a relevant area of
2  inquiry.
3      On the other hand there are a lot of
4  things about this inspection that I think
5  are unanswered as of yet.  And so what I'm
6  going to ask the parties to do is to try to
7  develop some kind of an inspection protocol.
8      I would like to see the protocol
9  include some consideration of Nabi's request
10 to have an operating manual, specifications,
11 etc., for the actual R & D machine that was
12 used to make the registration batch produced
13 in advance, because it does seem to me that
14 that will assist in making any inspection go
15 much more smoothly; allowing the expert to
16 plan out what it is he may need to do; and
17 also may be eliminating things that
18 otherwise would be done without that kind of
19 information.
20     As far as the test -- or the machine
21 is concerned, I will ask Roxane to determine
22 whether there is a window of opportunity for
23 that machine to be essentially test run in
24 the fashion that the Plaintiff proposes.

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 8 of 14  PAGEID #: 1315

NABI vs. Roxane Labs　　　　　　　　9-6-06　　　　　　　　Decision

Page 8

 1　And that proposal can be fleshed out more in
 2　the protocol that you folks discuss within
 3　the next 30 to 40 days.  That seems to me to
 4　be a reasonable period of time.
 5　　　　If, in fact, that particular machine
 6　is scheduled to be in some kind of R & D
 7　production 24 hours a day for the next 30 or
 8　40 days, then we've got an issue we are
 9　going to have to address in some way.
10　　　　But my hope is that won't be the
11　situation, and you can find a window of
12　opportunity to do that.  And then I think
13　everybody would just have to get comfortable
14　with what exactly the experts would propose
15　to do when they get there.
16　　　　And my thought is that if they are
17　talking about doing some minor modification
18　or retooling, bringing their own supplies to
19　do a couple of test runs and then putting
20　the machine back in the situation it was in
21　before they did all that, that the cost to
22　Roxane for that ought to be pretty minimal.
23　　　　And I'm assuming that these folks
24　are expert enough in these machines in how

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 9 of 14  PAGEID #: 1316

NABI vs. Roxane Labs											9-6-06											Decision

Page 9

1   they are set up and how they are run so that
2   they can do that without damaging the
3   machine in any substantial way or
4   alternating anything that Roxane would
5   intend to do with it in the future.
6           So I know there is a lot of
7   assumptions in there, but that's the way I
8   would picture it going.  And hopefully
9   everybody can agree on that kind of thing.
10  But if you can't, I'd be willing to revisit
11  it in a couple of weeks after you
12  investigated some of the factual questions
13  and worked on some of the issues of
14  protocol.
15          And if you have some area of
16  disagreement, I do think the suggestion that
17  we have at least one interim status
18  conference to just make sure everything is
19  on track in this case is a good one.
20  Although, frankly, the information you gave
21  me today about how you've been able to put
22  together a schedule, been able to do that
23  cooperatively, that's encouraging to me.
24          It shows me that there is certainly

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 10 of 14 PAGEID #: 1317

NABI vs. Roxane Labs     9-6-06     Decision

Page 10

1    a level of cooperation and professionalism
2    in this case which is what we expect in this
3    Court, obviously.  So I don't think I have
4    to talk to you once a week.
5          My suggestion would be that maybe we
6    set a conference about six weeks out and
7    just have everybody check in at that point.
8    So we'd be looking at sometime mid October
9    or so.
10         Mr. Maddox, when are you going to be
11   gone?
12         MR. MADDOX:  The -- I'm sorry.  The
13   very beginning of October and the last week
14   of October.
15         THE COURT:  So you are okay sort of
16   mid October?
17         MR. MADDOX:  Sure.
18         THE COURT:  We'll take a look at our
19   calendar for maybe the third week in
20   October.
21         Mr. Schuler.
22         MR. SCHULER:  Nothing strikes me
23   right now in the third week of October so
24   I'm sure either myself or Mr. Cherny or Miss

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 11 of 14 PAGEID #: 1318

NABI vs. Roxane Labs 9-6-06 Decision

Page 11

1  Hollis can handle it.
2          THE COURT: We'll pick a date and
3  send a notice. If it turns we hit you on a
4  bad time, just let us know. And that's
5  certainly something we can do by phone.
6          That, to my knowledge, covers
7  everything that we have pending at the
8  moment. There may be some request for
9  sanctions for attorney fees in some of these
10 motions. None of those are going to be
11 granted at least based on what I've heard so
12 far.
13         Mr. Maddox, anything else you'd like
14 to Court to address this morning?
15         MR. MADDOX: Yes, Your Honor. Your
16 rulings with respect to the two contention
17 interrogatories I understand. There was
18 another interrogatory in their motion asking
19 for us to describe our pre-suit
20 investigation. I'm not sure that argument
21 was discussed.
22         THE COURT: I don't recall that that
23 really came up today.
24         MR. MADDOX: Didn't come up today.

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 12 of 14 PAGEID #: 1319

NABI vs. Roxane Labs     9-6-06     Decision

Page 12

 1   It was in their motion.

 2       THE COURT: I'm not concerned about

 3   that. The only other contention

 4   interrogatory I'd be concerned about is the

 5   one that deals with why you think they

 6   infringed. And my assumption that will be

 7   addressed in your expert report or if you

 8   choose not to have an expert on that for

 9   some reason --

10       MR. MADDOX: No. There will be an

11   expert report.

12       THE COURT: Okay. That will address

13   that I would assume.

14       MR. MADDOX: I have one other point.

15   The responsive report now due January 29th.

16   Under the present order, all discovery was

17   supposed to be completed by February 15th.

18   I don't see a need here to move hearings,

19   but we should probably cut ourselves another

20   week to get the expert depositions done.

21       THE COURT: Move that out to

22   February 22nd.

23       MR. MADDOX: Yeah, I think because

24   his expert will want to look at our rebuttal

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 13 of 14  PAGEID #: 1320

NABI vs. Roxane Labs                           9-6-06                                      Decision

Page 13

1  reports and square off with the experts and
2  try to beat them up for some amount of time
3  in deposition.
4          THE COURT:  All right.  I'll do
5  that.
6          Mr. Schuler, anything else?
7          MR. SCHULER:  Nope.
8          THE COURT:  Thank you all very much.
9                      -=O=-
10         Thereupon, the proceedings of
11 September 6, 2006, were concluded at 11:56
12 a.m.
13                      -=O=-
14
15
16
17
18
19
20
21
22
23
24

Case: 2:05-cv-00889-EAS-TPK Doc #: 60 Filed: 09/06/06 Page: 14 of 14 PAGEID #: 1321

NABI vs. Roxane Labs 9-6-06 Decision

Page 14

```
 1                    CERTIFICATE
 2          I, Julia E. Lamb, a Notary Public
 3   in and for the State of Ohio, do hereby
 4   certify that I reported the foregoing
 5   proceedings and that the foregoing
 6   transcript of such proceedings is a full,
 7   true and correct transcript of my stenotypy
 8   notes as so taken.
 9          I do further certify that I was
10   called there in the capacity of a court
11   reporter, and am not otherwise interested in
12   this proceeding.
13          In witness whereof, I have
14   hereunto set my hand and affixed my seal of
15   office at Columbus, Ohio, on this       day
16   of               , 2006.
17
18
                     Julia E. Lamb
19                   Notary Public, State of Ohio.
20   My commission expires:  11-9-07
21
22
23
24
```