IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FRESENIUS MEDICAL CARE
HOLDINGS, INC.,**
    **Plaintiff,**

v.

**ROXANE LABORATORIES, INC.,**
    **Defendant,**

v.

**NABI BIOPHARMACEUTICALS,**
    **Counterclaim Defendant.**

Case No. 2:05-CV-889
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Terence P. Kemp

## ORDER

On July 31, 2007, Plaintiff Fresenius Medical Care Holdings, Inc. and counterclaim Defendant Nabi Biopharmaceuticals filed a Motion to Strike the allegedly unauthorized Expert Report of Brian E. Jones. The Court will resolve this motion in the context of the *Markman* issues in this case. Accordingly, at this juncture, the Motion to Strike (**Doc. #169**) is **DENIED without prejudice**. If the Court determines that the expert report is justified, then the Court will revive the Motion to Strike and consider the merits of the same.

**IT IS SO ORDERED.**

2-26-2008
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE