## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC.,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. C2-05-889<br>) Judge Sargus |
| ROXANE LABORATORIES, INC.,<br>Defendant, | ) Magistrate Judge Kemp<br>)<br>) |
| vs. | )<br>) |
| NABI BIOPHARMACEUTICALS,<br>Counterclaim Defendant. | )<br>)<br>) |

### AGREED ORDER FOR DISMISSAL WITH PREJUDICE

The Court having been advised that the parties have executed a settlement agreement, and having received and reviewed the Settlement Agreement filed under seal, and Fresenius Medical Care Holdings, Inc., Roxane Laboratories, Inc. and Nabi Biopharmaceuticals, being all parties hereto, having agreed hereto by and through their respective attorneys, it is thereby ORDERED that the above-captioned matter and all claims and counterclaims for relief asserted therein are hereby dismissed with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the settlement agreement.

February 29, 2008                                        SO ORDERED

                                                        Edmund A. Sargus, Jr.
                                                        United States District Judge

James D. Curphey (0015832), Trial Attorney
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Email: rtrafford@porterwright.com

Bryan R. Faller (0072474)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Email: jcurphey@porterwright.com
bfaller@porterwright.com

Stephen B. Deutsch
Sarah Cooleybeck
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
Email: sbd@foleyhoag.com
scooleybeck@foleyhoag.com

*Attorneys for Fresenius Medical Care
Holdings, Inc.*

Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: smaddox@foley.com
hstrain@foley.com
jjedwards@foley.com

*Attorneys for Nabi Biopharmaceuticals*

James A. Wilson (0030704), Trial Attorney
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5606
Facsimile: (614) 719-5039
Email: jawilson@vssp.com

Steven C. Cherny
Kenneth Schuler
Latham & Watkins LLP
Sears Tower Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: Steven.Cherny@lw.com
Kenneth.Schuler@lw.com

*Attorneys for Roxane Laboratories, Inc.*